

**Airline Professionals Association | TeamstersLocal 1224**
*Affiliated with the International Brotherhood of Teamsters*



# Your Contractual Rights
_____

**ABX Crew Members,**

The ExCo wants you to be aware of your rights covered under

the current CBA.

1. You are not required to bid OPF.

2. You are not required to answer your phone when on Days Off.

3. You are not required to train on Days Off.

4. You are entitled to recover carry-over days.

Management's actions regarding your Pension and ignoring a key scope provision which wasnegotiated in return for a steeply discounted contract in 2009 has resulted in the Exco'sunwillingness to continue to carry

the water for ATSG. We are however in full support of our Atlas/ Southern and Kalitta brothers and sisters as we are all determined to achieve contractsthat reflect our contributions to our respective organizations.

Fraternally,

ABX Executive Council

APA Teamsters Local 1224